IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KELVIN JORDAN                                                                PETITIONER

VS.                                                    CIVIL ACTION NO. 2:13CV301TSL

PELICIA HALL, Commissioner,
Mississippi Department of Corrections
and EARNEST LEE, Superintendent,
Mississippi State Penitentiary                                              RESPONDENTS

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

This matter came before the court on the Petitioner's Motion for Extension of Time to File Motion Seeking Leave to File Amended Petition [Doc. #92], by which the Petitioner, Kelvin Jordan, seeks an additional sixty days within which to submit that motion. This is Jordan's fourth such request, and it is not opposed by the Respondents. For that reason, as well as the reasons contained in the Motion, the Court is of the opinion that it has merit and should be granted.

**IT IS, THEREFORE ORDERED**, that the Petitioner's Motion for Extension of Time to File Motion Seeking Leave to File Amended Petition [Doc. #92] is hereby **GRANTED**. Jordan's motion seeking leave to file an amended petition is due on or before October 15, 2018.

**IT IS SO ORDERED**, this the 26th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE