IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KELVIN JORDAN     PETITIONER

V.     CIVIL ACTION NO. 2:13CV301TSL

PELICIA HALL, Commissioner of the Mississippi
Department of Corrections; MARSHALL TURNER,
Superintendent of the Mississippi State Penitentiary,
and JIM HOOD, Attorney General of the State of
Mississippi     RESPONDENT

## ORDER GRANTING LEAVE TO FILE SEALED EXHIBITS

This matter came before the Court on the Petitioner's Motion for Leave to File Sealed Exhibits [Doc. #117]. The Motion is unopposed, and, upon consideration the Court finds that the Motion, which relates to documents that were sealed in the Mississippi Supreme Court, is well-taken and should be granted.

**IT IS, THEREFORE**, **ORDERED**, the Petitioner's Motion for Leave to File Sealed Exhibits [Doc. #117] is hereby granted, and the exhibits filed under seal in *Kelvin Jordan v. State of Mississippi*, 2015-DR-1082-SCT, specifically described as follows may be filed in the instant litigation as sealed filings.

| Exhibit Number | Description | Pages |
|---|---|---|
| Sealed Exhibit 15 | Michael Jordan Pen Pack | 474 |
| Sealed Exhibit 22 | UMC Medical Records | 321 |
| Sealed Exhibit 23 | Vol 6. Edwards Transcript | 200 |
| Sealed Exhibit 47 | Jasper General Records | 231 |
| Sealed Exhibit 49 | Nanny Jordan Records | 103 |
| Sealed Exhibit 63 | Edwards Mental Health | 91 |
| Sealed Exhibit 94 | Michael Jordan RVR | 110 |

**IT IS FURTHER ORDERED** that, for the parties' and the Clerk's ease in dealing with these documents, the Petitioner may submit the exhibits in pdf format as physical electronic media as specified by the Clerk's office.

So ordered this the 25th day of February, 2020.

                                           /s/ Tom S.Lee
                                           UNITED STATES DISTRICT JUDGE